IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| German Solis-Antonio,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　　Respondents. | No. CV-24-00182-PHX-MTL<br><br>**ORDER** |

　　　　Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Camille D. Bibles, recommending that Petitioner's Petition for Writ of Habeas Corpus be denied along with a certificate of appealability. (Doc. 12.)

　　　　Petitioner was given fourteen days from the date of service of the R&R to file specific written objections with the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The R&R was emailed to Petitioner on November 26, 2024. No objections have been received. Therefore, the Court will accept and adopt the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection"; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (explaining the "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise") (emphasis in original).

. . . .

. . . .

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 12) is accepted.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is denied.

**IT IS FURTHER ORDERED** denying the issuance of a certificate of appealability and leave to proceed in forma pauperis on appeal because Petitioner has not demonstrated that reasonable jurists could find the ruling debatable or conclude that the issues presented are adequate to deserve encouragement to proceed further. *See Neiss v. Bludworth*, 114 F.4th 1038, 1046-47 n.1 (9th Cir. 2024) (citing *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003)); 28 U.S.C. § 2253(c).

**IT IS FINALLY ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 20th day of December, 2024.

Michael T. Liburdi
United States District Judge